IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY EUGENE WATERS,

Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D14-5825

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed September 14, 2016.

An appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, III, Judge.

Nancy A. Daniels, Public Defender, and Courtenay H. Miller, Tallahassee, for
Appellant.

Pamela Jo Bondi, Attorney General, and Michael Schaub and Matthew Pavese,
Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.